Opinion filed October 16, 2020



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00067-CV

_____

### BEVERLY AYER, Appellant

### V.

### ROBERT STOREY WILSON, D.O., Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. CV35440**

### M E M O R A N D U M   O P I N I O N

Appellant, Beverly Ayer, has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal "have reached an agreement to compromise and settle" the issues involved in this appeal. Appellant asks this court to dismiss the appeal and to tax costs on appeal against the party incurring same. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

October 16, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.